BRENNER, B.

v.

BRENNER, M.

**2017 MDA 2016**

Superior Court of Pennsylvania.

08/15/2017

CI–16–04938

(Lancaster)

Affirmed

COM.

v.

WAMPOLE, C.

**71 MDA 2017**

Superior Court of Pennsylvania.

08/15/2017

CP–06–CR–0001569–2016

(Berks)

Affirmed

R.A.L.

v.

L.S.L.

**269 MDA 2017**

Superior Court of Pennsylvania.

08/15/2017

13285 of 2010 (Luzerne)

Affirmed

COM.

v.

HUDSON, E.

**1533 WDA 2016**

Superior Court of Pennsylvania.

08/15/2017

CP–63–CR–0002379–2011

(Washington)

Reversed/Vacated/Remanded

COM.

v.

USANGA, P.

**2349 EDA 2015**

Superior Court of Pennsylvania.

08/16/2017

CP–51–CR–0009710–2013 (Philadelphia)

Affirmed

